1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6962
6  FAX: (415) 436-6748
   melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   YOLANDA G. BYRD,                    )   No. C-11-4230 RS
13                                     )
           Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
14                                     )   **ORDER TO ALLOW PLAINTIFF TO**
       v.                              )   **FILE AN AMENDED COMPLAINT**
15                                     )   **AND TO ALLOW THE DEFENDANT**
   PATRICK DONAHOE, POSTMASTER         )   **TO FILE AN ANSWER AND/OR**
16 GENERAL UNITED STATES POSTAL        )   **RESPONSIVE PLEADING TO THE**
   SERVICE,                            )   **AMENDED COMPLAINT**
17                                     )
           Defendant.                  )
18 ─────────────────────────────       )

19       Pursuant to Rule 15 (a)(2) of the Federal Rules of Civil Procedure, the parties, plaintiff

20 Yolanda Byrd ("Plaintiff") and the defendant Patrick Donahoe, Postmaster General for the

21 United States Postal Service ("Defendant") submit this Stipulation and [Proposed] Order.

22       WHEREAS, the Plaintiff filed her Employment Discrimination Complaint ("Complaint")

23 on August 26, 2011;

24       WHEREAS, the Defendant was served with the Complaint on October 13, 2011, and

25 pursuant to Rule 12(a)(3), the Defendant's answer and/or responsive pleading is due on

26 December 12, 2011;

27       WHEREAS, while preparing Joint Case Management Statement, the Defendant informed

28 Plaintiff that it planned to file a motion to dismiss and motion for more definite statement

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]

1  because it was the Defendant's position that the Complaint was vague and ambiguous as written,
2  and included claims that were not timely exhausted;
3      WHEREAS, the parties determined that it would be a better use of resources to allow
4  Plaintiff to amend her Complaint;
5      WHEREAS, Plaintiff will be out of town from December 14, 2011 through January 8,
6  2012, and thus has requested that she have until January 31, 2012 to amend her complaint;
7      ACCORDINGLY, it is hereby agreed by the Parties, that the Plaintiff shall have until
8  January 31, 2012, to file and serve an amended complaint, and the Defendant shall have until
9  March 2, 2012, to file and serve a responsive pleading and/or answer.
10     IT IS SO STIPULATED.

12 DATED: December 1, 2011     Respectfully submitted,

    MELINDA HAAG
    United States Attorney

        S/ Melissa Sladden
    _____
    MELISSA SLADDEN
    Assistant United States Attorney

17 DATED: December 1, 2011

    YOLANDA G. BYRD
    Plaintiff, *pro se*

        S/ Yolanda Byrd
    _____
    YOLANDA G. BYRD
    *Pro Se*

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |

Pursuant to the stipulation of the parties, the Plaintiff shall have until January 31, 2012, to file and serve an amended complaint, and the Defendant shall have until March 2, 2012, to file and serve a responsive pleading and/or answer.

IT IS SO ORDERED

Dated: _12/1/11_____                    _____
                                            HONORABLE RICHARD SEEBORG
                                            United States District Court Judge

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]