MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.sladden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA G. BYRD,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK DONAHOE, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C-11-4230 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT AND TO ALLOW THE DEFENDANT TO FILE AN ANSWER AND/OR RESPONSIVE PLEADING TO THE AMENDED COMPLAINT** |

    Pursuant to Rule 15 (a)(2) of the Federal Rules of Civil Procedure, the parties, plaintiff Yolanda Byrd ("Plaintiff") and the defendant Patrick Donahoe, Postmaster General for the United States Postal Service ("Defendant") submit this Stipulation and [Proposed] Order.

    WHEREAS, the Plaintiff filed her Employment Discrimination Complaint ("Complaint") on August 26, 2011;

    WHEREAS, the Defendant was served with the Complaint on October 13, 2011, and pursuant to Rule 12(a)(3), the Defendant's answer and/or responsive pleading is due on December 12, 2011;

    WHEREAS, while preparing Joint Case Management Statement, the Defendant informed Plaintiff that it planned to file a motion to dismiss and motion for more definite statement

because it was the Defendant's position that the Complaint was vague and ambiguous as written, and included claims that were not timely exhausted;

WHEREAS, the parties determined that it would be a better use of resources to allow Plaintiff to amend her Complaint;

WHEREAS, Plaintiff will be out of town from December 14, 2011 through January 8, 2012, and thus has requested that she have until January 31, 2012 to amend her complaint;

ACCORDINGLY, it is hereby agreed by the Parties, that the Plaintiff shall have until January 31, 2012, to file and serve an amended complaint, and the Defendant shall have until March 2, 2012, to file and serve a responsive pleading and/or answer.

IT IS SO STIPULATED.

DATED: December 1, 2011              Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney

                                         S/ Melissa Sladden
                                     _____
                                     MELISSA SLADDEN
                                     Assistant United States Attorney

DATED: December 1, 2011

                                     YOLANDA G. BYRD
                                     Plaintiff, *pro se*

                                         S/ Yolanda Byrd
                                     _____
                                     YOLANDA G. BYRD
                                     *Pro Se*

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the Plaintiff shall have until January 31, 2012, to file and serve an amended complaint, and the Defendant shall have until March 2, 2012, to file and serve a responsive pleading and/or answer.

IT IS SO ORDERED

Dated: 12/1/11   _____

HONORABLE RICHARD SEEBORG
United States District Court Judge

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]