*E-Filed 2/10/12*

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 YOLANDA G. BYRD,                    )   No. C-11-4230 RS
                                       )
14     Plaintiff,                      )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER TO ALLOW PLAINTIFF TO**
15     v.                              )   **AN EXTENSION TO FILE AMENDED**
                                       )   **COMPLAINT AND TO ALLOW THE**
16 PATRICK DONAHOE, POSTMASTER         )   **DEFENDANT TO FILE AN ANSWER**
   GENERAL UNITED STATES POSTAL        )   **AND/OR RESPONSIVE PLEADING TO**
17 SERVICE,                            )   **THE AMENDED COMPLAINT**
                                       )
18     Defendant.                      )
   _____   )

19         Pursuant to Rule 15 (a)(2) of the Federal Rules of Civil Procedure, the parties, plaintiff

20 Yolanda Byrd ("Plaintiff") and the defendant Patrick Donahoe, Postmaster General for the

21 United States Postal Service ("Defendant") submit this Stipulation and [Proposed] Order.

22         WHEREAS, the Plaintiff filed her Employment Discrimination Complaint ("Complaint")

23 on August 26, 2011;

24         WHEREAS, the Defendant was served with the Complaint on October 13, 2011, and

25 pursuant to Rule 12(a)(3), the Defendant's answer and/or responsive pleading is due on

26 December 12, 2011;

27         WHEREAS, while preparing Joint Case Management Statement, the Defendant informed

28 Plaintiff that it planned to file a motion to dismiss and motion for more definite statement

1  because it was the Defendant's position that the Complaint was vague and ambiguous as written,
2  and included claims that were not timely exhausted;
3       WHEREAS, the parties determined that it would be a better use of resources to allow
4  Plaintiff to amend her Complaint;
5       WHEREAS, pursuant to order of this Court issued pursuant to stipulation of the parties,
6  Plaintiff had until January 31, 2012 to amend her complaint, and the Defendant had until March
7  2, 2012 to file an answer or responsive pleading;
8       WHEREAS, on January 31, 2012, Plaintiff filed an affidavit with several exhibits rather
9  than an amended complaint;
10      WHEREAS, on February 7, 2012, counsel for the Defendant contacted Plaintiff to
11 determine whether the affidavit was intended to serve as the amended complaint, and Plaintiff
12 expressed her confusion, and it was determined that Plaintiff will seek the assistance of the Self
13 Help Desk with amending her complaint, and Plaintiff has an appointment with the Self Help
14 Desk on February 15, 2012;
15      ACCORDINGLY, it is hereby agreed by the Parties, that the Plaintiff shall have until
16 February 24, 2012, to file and serve an amended complaint, and the Defendant shall have until
17 April 6, 2012, to file and serve a responsive pleading and/or answer.  The Defendant is unlikely
18 to stipulate to any further extensions regarding this issue.
19      IT IS SO STIPULATED.
20 DATED: February 9, 2012                    Respectfully submitted,
21                                            MELINDA HAAG
22                                            United States Attorney
                                              S/ Melissa Sladden
23                                            _____
                                              MELISSA SLADDEN
24                                            Assistant United States Attorney
25 DATED: February 9, 2012
                                              YOLANDA G. BYRD
26                                            Plaintiff, *pro se*
27                                            S/ Yolanda Byrd
                                              _____
28                                            YOLANDA G. BYRD
                                              *Pro Se*

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the Plaintiff shall have until February 24, 2012, to file and serve an amended complaint, and the Defendant shall have until April 6, 2012, to file and serve a responsive pleading and/or answer.

IT IS SO ORDERED

Dated: 2/10/12

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge