IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA G. BYRD, | No. C 11-4230 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| PATRICK DONAHOE, et al., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 24, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE.  This matter is referred to Magistrate Judge James for the purpose of completing a settlement conference within 90 days of the issuance of this order depending upon the schedule of Magistrate Judge James.  The parties shall promptly notify the Court whether the case is resolved at the conference.

2. DISCOVERY.

On or before August 31, 2012, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows:  (a) ten (10) non-expert depositions per party; (b) thirty-five (35) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests

1  for production of documents or for inspection per party; and (d) a reasonable number of requests for
2  admission per party.

3      3.    EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions
4  shall proceed as follows:

5      A.  On or before September 7, 2012, plaintiff shall disclose expert testimony and reports in
6  accordance with Federal Rule of Civil Procedure 26(a)(2).

7      B.  On or before September 21, 2012, defendants shall disclose expert testimony and reports
8  in accordance with Federal Rule of Civil Procedure 26(a)(2).

9      C.  On or before October 31, 2012, all discovery of expert witnesses pursuant to Federal
10  Rule of Civil Procedure 26(b)(4) shall be completed.

11      4.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management
12  Conference shall be held on **September 27, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United
13  States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a
14  Joint Case Management Statement at least one week prior to the Conference.

15      5.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
16  Civil Local Rule 7.  All pretrial motions shall be heard no later than March 14, 2013.

17      6.    PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and
18  confer to discuss preparation of a joint pretrial statement, and on or before May 16, 2013 counsel
19  shall file a Joint Pretrial Statement.

20      7.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on **May 30,**
21  **2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate
22  Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend
23  personally.

24      8.    TRIAL DATE.  Trial shall commence on **June 10, 2013 at 9:00 a.m.**, in Courtroom
25  3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

*United States District Court*
*For the Northern District of California*

IT IS SO ORDERED.

DATED: 5/25/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER