**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11

12   YOLANDA G. BYRD,                            No. C 11-4230 RS

13              Plaintiff,
        v.                                **AMENDED ORDER APPOINTING**
14                                        **COUNSEL**
     PATRICK R. DONAHOE,

15              Defendant.

16   _____/

17       Because plaintiff has requested and is in need of counsel to assist her in this matter and a

18   volunteer attorney is willing to be appointed to undertake this representation at the request of the

19   Federal Pro Bono Project, Aaron P. Silberman of Rogers Joseph O'Donnell, PLC is hereby

20   appointed as counsel for plaintiff in this matter, for the limited purpose of representing plaintiff in

21   the course of settlement conference. Counsel shall be familiar with General Order No. 25 and the

22   Federal Pro Bono Project Guidelines posted on the Court's website.

23

24   IT IS SO ORDERED.

25   Dated: 7/23/12

26                                        RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE
27

28

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

2

3 | **Yolanda G. Byrd**
4 | 5917 Wyman Street
San Pablo, CA 94806

5

6 | DATED:  7/24/12

7 | /s/ Chambers Staff
8 | Chambers of Judge Richard Seeborg

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2