**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA G. BYRD, | No. C 11-4230 RS |
| Plaintiff, | |
| v. | **AMENDED ORDER APPOINTING COUNSEL** |
| PATRICK R. DONAHOE, | |
| Defendant. | |
| _____ / | |

Because plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Aaron P. Silberman of Rogers Joseph O'Donnell, PLC is hereby appointed as counsel for plaintiff in this matter, for the limited purpose of representing plaintiff in the course of settlement conference.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: 7/23/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Yolanda G. Byrd**
5917 Wyman Street
San Pablo, CA 94806

DATED:  7/24/12

/s/ Chambers Staff
Chambers of Judge Richard Seeborg