MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA G. BYRD, | No. C-11-4230 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUT OFF** |
| v. | |
| PATRICK DONAHOE, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

    The parties, plaintiff Yolanda Byrd ("Plaintiff") and the defendant Patrick Donahoe, Postmaster General for the United States Postal Service ("Defendant") submit this Stipulation and [Proposed] Order to modify the pretrial schedule with respect to the fact discovery cut-off.

    WHEREAS, the current fact discovery cut-off in this action is August 31, 2012;

    WHEREAS, the Defendant has noticed Plaintiff's deposition for August 16, 2012;

    WHEREAS, on August 7, 2012, counsel for the Defendant was suddenly and unexpectedly placed on bed rest for medical reasons for an unknown duration, but the condition is anticipated will last several weeks. And, accordingly, the Defendant requests additional time to either obtain medical clearance to take Plaintiff's deposition, or to find another Assistant United States Attorney to conduct Plaintiff's deposition.

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]

1    WHEREAS, Plaintiff only disclosed the name of a purported medical expert on August 20, 2012 and the Defendant will now need to obtain her medical records and conduct a psychiatric examination;

WHEREAS, Plaintiff wishes to conduct discovery, but understood the August 31, 2012 deadline to be the last day that she could serve written discovery, and Plaintiff wishes to avoid the expense of conducting depositions until after the settlement conference currently scheduled for October 2, 2012;

ACCORDINGLY, it is hereby agreed by the Parties, that the fact discovery cut-off be extended as follows.  The Plaintiff shall have until August 31, 2012 to issue any interrogatories or requests for production of documents and things to the Defendant.  The Defendant shall have until September 28, 2012, to conduct discovery regarding Plaintiff's newly disclosed alleged medical claims.  Both parties shall have until October 31, 2012 to notice and complete any fact depositions.  The defendant's expert disclosure deadline shall be extended from September 21, 2012 to November 16, 2012.

IT IS SO STIPULATED.

DATED: August 30, 2012                          Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                    S/ Melissa Sladden
                                                _____
                                                MELISSA SLADDEN
                                                Assistant United States Attorney

DATED: August 30, 2012

                                                YOLANDA G. BYRD
                                                Plaintiff, *pro se*

                                                    S/ Yolanda Byrd
                                                _____
                                                YOLANDA G. BYRD
                                                *Pro Se*

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the Plaintiff shall have until August 31, 2012 to issue any interrogatories or requests for production of documents and things to the Defendant. The Defendant shall have until September 28, 2012, to conduct discovery regarding Plaintiff's newly disclosed alleged medical claims. Both parties shall have until October 31, 2012 to notice and complete any fact depositions. The defendant's expert disclosure deadline shall be extended from September 21, 2012 to November 16, 2012.

.

   IT IS SO ORDERED

Dated: __8/30/12_____                    _____
                                            HONORABLE RICHARD SEEBORG
                                            United States District Court Judge

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]