1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-6962
6     FAX: (415) 436-6748
      melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 YOLANDA G. BYRD,                    )   No. C-11-4230 RS
                                       )
           Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
14                                     )   **ORDER TO EXTEND FACT**
      v.                               )   **DISCOVERY CUT OFF**
15                                     )
   PATRICK DONAHOE, POSTMASTER         )
16 GENERAL UNITED STATES POSTAL        )
   SERVICE,                            )
17                                     )
           Defendant.                  )
18 _____      )

19        The parties, plaintiff Yolanda Byrd ("Plaintiff") and the defendant Patrick Donahoe,

20 Postmaster General for the United States Postal Service ("Defendant") submit this Stipulation

21 and [Proposed] Order to modify the pretrial schedule with respect to the fact discovery cut-off.

22        WHEREAS, the current fact discovery cut-off in this action is August 31, 2012;

23        WHEREAS, the Defendant has noticed Plaintiff's deposition for August 16, 2012;

24        WHEREAS, on August 7, 2012, counsel for the Defendant was suddenly and

25 unexpectedly placed on bed rest for medical reasons for an unknown duration, but the condition

26 is anticipated will last several weeks. And, accordingly, the Defendant requests additional time to

27 either obtain medical clearance to take Plaintiff's deposition, or to find another Assistant United

28 States Attorney to conduct Plaintiff's deposition.


[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]

1   WHEREAS, Plaintiff only disclosed the name of a purported medical expert on August

2   20, 2012 and the Defendant will now need to obtain her medical records and conduct a

3   psychiatric examination;

4   WHEREAS, Plaintiff wishes to conduct discovery, but understood the August 31, 2012

5   deadline to be the last day that she could serve written discovery, and Plaintiff wishes to avoid

6   the expense of conducting depositions until after the settlement conference currently scheduled

7   for October 2, 2012;

8   ACCORDINGLY, it is hereby agreed by the Parties, that the fact discovery cut-off be

9   extended as follows.  The Plaintiff shall have until August 31, 2012 to issue any interrogatories

10  or requests for production of documents and things to the Defendant.  The Defendant shall have

11  until September 28, 2012, to conduct discovery regarding Plaintiff's newly disclosed alleged

12  medical claims.  Both parties shall have until October 31, 2012 to notice and complete any fact

13  depositions.  The defendant's expert disclosure deadline shall be extended from September 21,

14  2012 to November 16, 2012.

15  IT IS SO STIPULATED.

16

17  DATED: August 30, 2012                          Respectfully submitted,

18                                                  MELINDA HAAG
                                                    United States Attorney
19
                                                        S/ Melissa Sladden
20
                                                    _____
21                                                  MELISSA SLADDEN
                                                    Assistant United States Attorney

22  DATED: August 30, 2012

23                                                  YOLANDA G. BYRD
                                                    Plaintiff, *pro se*

24                                                      S/ Yolanda Byrd

25                                                  _____
                                                    YOLANDA G. BYRD
26                                                  *Pro Se*

27

28

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the Plaintiff shall have until August 31, 2012 to issue any interrogatories or requests for production of documents and things to the Defendant. The Defendant shall have until September 28, 2012, to conduct discovery regarding Plaintiff's newly disclosed alleged medical claims.  Both parties shall have until October 31, 2012 to notice and complete any fact depositions.  The defendant's expert disclosure deadline shall be extended from September 21, 2012 to November 16, 2012.

.

IT IS SO ORDERED

Dated: _ 8/30/12 _____      _____

HONORABLE RICHARD SEEBORG
United States District Court Judge

[STIPULATION AND [PROPOSED] ORDER - C-11-4230-RS]