IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YOLANDA BYRD,

        Plaintiff,

  v.

PATRICK DONAHOE,

        Defendant.

_____/

No. C 11-04230 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 15, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    EXPERT WITNESSES. The government will disclose an expert and expert report in response to plaintiff's expert witness no later than November 16, 2012. Plaintiff may then take that expert's deposition through the end of November.

    2.    PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions will be heard on **January 17, 2013.**

    3.    PRETRIAL CONFERENCE. The final pretrial conference will be held on **May 30, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

4. TRIAL DATE. Trial shall commence on **June 10, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 10/15/12

RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2