1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CSBN 152348)
3  Chief, Civil Division

4  MARK R. CONRAD (CSBN 255667)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7025
7       FAX: (415) 436-6748
        mark.conrad@usdoj.gov
8
   Attorneys for Defendants
9

10 YOLANDA G. BYRD
   5917 Wyman Street
11 San Pablo, CA 94806
   (510) 798-8737
12 yolandagbyrd@yahoo.com
   Plaintiff, *Pro Se*
13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                       SAN FRANCISCO DIVISION
17

18 YOLANDA G. BYRD,              )   Case No. C 11-04230 RS
                                 )
19      Plaintiff,               )   **STIPULATION AND [PROPOSED]**
                                 )   **SCHEDULING ORDER**
20      v.                       )
                                 )
21 PATRICK DONAHOE,              )
   POSTMASTER GENERAL,           )
22 UNITED STATES POSTAL SERVICE, )
                                 )
23      Defendant.               )
                                 )
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 11-CV-04230 RS

1    Plaintiff Yolanda Byrd and Defendant Patrick Donahoe, Postmaster General for the United States Postal Service, respectfully submit this Stipulation and [Proposed] Scheduling Order extending discovery and hearing deadlines in the above-captioned matter.

*****

WHEREAS, Plaintiff and Defendant previously submitted a Joint Case Management Statement proposing an agreed-upon deadline of November 28, 2012, for the completion of non-expert discovery, and the Court issued a scheduling order based on the parties proposed schedule, see Dkt. Nos. 36 & 38;

WHEREAS, Defendant recently filed an administrative motion to extend certain discovery deadlines, including the deadlines for expert disclosures and summary judgment briefing, due to the recent postponement of Plaintiff's deposition, see Dkt. No. 40;

WHEREAS, Plaintiff, who is proceeding *pro se*, now wishes to take the deposition of four current or former United States Postal Service employees;

WHEREAS, Plaintiff will be unavailable and traveling between December 9, 2012, and January 13, 2013;

NOW, THEREFORE, to accommodate Plaintiff's requests for further discovery, it is hereby agreed by Plaintiff and Defendant that the following discovery and case management deadlines shall be extended and set as follows, which extensions will not affect the trial date currently set for June 10, 2013:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | January 18, 2013 |
| Expert Disclosure Deadline: | February 15, 2013 |
| Expert Discovery Cut-Off: | March 1, 2013 |
| Deadline for Summary Judgment Hearing: | April 4, 2013 |
| Pretrial Conference: | May 30, 2013, 10:00 a.m. (unchanged) |
| Trial: | June 10, 2013, 9:00 a.m. (unchanged) |

//

//

STIPULATION AND [PROPOSED] ORDER
Case No. 11-CV-04230 RS                1

1  The parties further agree to meet and confer regarding any such continuance as may be necessary or appropriate with respect to the settlement conference in this matter, which is currently scheduled for Monday, December 3, 2012.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 23, 2012  MELINDA HAAG
United States Attorney

*/s/ Mark R. Conrad*
MARK R. CONRAD
Assistant United States Attorney

DATED: November 23, 2012  YOLANDA G. BYRD
Plaintiff, *pro se*

*/s/ Yolanda G. Byrd*
YOLANDA G. BYRD
*Pro Se*

**[PROPOSED] SCHEDULING ORDER**

Pursuant to the stipulation of the parties, the Court hereby orders that the discovery and other case management deadlines previously set in this matter shall be revised and extended as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | January 18, 2013 |
| Expert Disclosure Deadline: | February 15, 2013 |
| Expert Discovery Cut-Off: | March 1, 2013 |
| Deadline for Summary Judgment Hearing: | April 4, 2013 |
| Pretrial Conference: | May 30, 2013, 10:00 a.m. |
| Trial: | June 10, 2013, 9:00 a.m. |

The parties shall meet and confer regarding any such continuance as they may deem necessary or appropriate with respect to the settlement conference in this matter that is currently scheduled for Monday, December 3, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/26/12

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 11-CV-04230 RS                    3