1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CSBN 152348)
3  Chief, Civil Division

4  MARK R. CONRAD (CSBN 255667)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7025
7      Fax: (415) 436-6748
       mark.conrad@usdoj.gov
8
   Attorneys for Defendants
9

10 ROGERS JOSEPH O'DONNELL
   Aaron P. Silberman (CSBN 161021)
11 311 California Street, 10th Floor
   San Francisco, CA 94104
12 Telephone: (415) 365-5339
   Fax: (415) 956-6457
13 asilberman@rjo.com

14 Attorneys for Plaintiff (limited capacity)

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19
   YOLANDA G. BYRD,                    )    Case No. C 11-04230 RS
20                                     )
          Plaintiff,                   )    **STIPULATION AND [PROPOSED]**
21                                     )    **ORDER CONTINUING FURTHER**
       v.                              )    **SETTLEMENT CONFERENCE**
22                                     )
   PATRICK DONAHOE,                    )
23 POSTMASTER GENERAL,                 )
   UNITED STATES POSTAL SERVICE,       )
24                                     )
          Defendant.                   )
25 _____)

26

27

28

   STIPULATION AND [PROPOSED] ORDER
   Case No. 11-CV-04230 RS

1　　　　Plaintiff Yolanda Byrd and Defendant Patrick Donahoe, Postmaster General for the
2 United States Postal Service, respectfully submit this Stipulation and [~~Proposed~~] Order
3 continuing the further settlement conference currently scheduled in this matter for December 3,
4 2012, until March 1, 2013, at 10:00 a.m.

5　　　　　　　　　　　　　　　　　　　\*\*\*\*\*

6　　　　WHEREAS, a settlement conference was held in this matter on October, 2, 2012, but the
7 parties did not reach an agreement resolving their dispute;

8　　　　WHEREAS, a further settlement conference calendared by the Court was initially
9 scheduled to be held on Friday, December 7, 2012;

10　　　　WHEREAS, the Court issued a notice on November 16, 2012, rescheduling and
11 advancing the date of the further settlement conference to Monday, December 3, 2012;

12　　　　WHEREAS, discovery in this litigation remains ongoing, and the parties agree that
13 settlement discussions in this matter are likely to be more productive once further discovery
14 and/or motion practice has occurred;

15　　　　WHEREAS, the parties recently stipulated to extend, and the Court recently issued an
16 order extending, certain case management deadlines, including discovery deadlines, to
17 accommodate the parties intention to conduct additional discovery, see Dkt. No. 45;

18　　　　WHEREAS, the parties have met and conferred and have agreed to continue the further
19 settlement conference in this matter until such further discovery and/or motion practice has
20 occurred,

21　　　　WHEREAS, the parties have notified the Court's courtroom deputy regarding their desire
22 to reschedule the further settlement conference and have already obtained a new date on which
23 such a further settlement conference may be rescheduled, pursuant to the Court's standard Order
24 Setting Scheduling Conference;

25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER
Case No. 11-CV-04230 RS　　　　　　　　1

1 | NOW, THEREFORE, it is hereby agreed by Plaintiff and Defendant that the further
2 | settlement conference currently scheduled in this matter for Monday, December 3, 2012, shall be
3 | postponed until Friday, March 1, 2013, at 10:00 a.m.
4 | IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 27, 2012

MELINDA HAAG
United States Attorney

*/s/ Mark R. Conrad*
MARK R. CONRAD
Assistant United States Attorney

DATED: November 27, 2012

ROGERS JOSEPH O'DONNELL
Aaron P. Silberman

*/s/ Aaron P. Silberman*
AARON P. SILBERMAN
Attorneys for Plaintiff (limited capacity)

**[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**

Pursuant to the stipulation of the parties, the Court hereby orders that the further settlement conference currently scheduled in this matter for Monday, December 3, 2012, shall be and hereby is continued until Friday, March 1, 2013, at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/27/2012

HONORABLE MARIA ELENA-JAMES
Chief Magistrate Judge