1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   ALEX G. TSE (CSBN 152348)
    Chief, Civil Division

4   MARK R. CONRAD (CSBN 255667)
    Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102-3495
    Telephone: (415) 436-7025
7   Fax: (415) 436-6748
    mark.conrad@usdoj.gov

8
    Attorneys for Defendants
9

10  ROGERS JOSEPH O'DONNELL
    Aaron P. Silberman (CSBN 161021)
11  311 California Street, 10th Floor
    San Francisco, CA 94104
12  Telephone: (415) 365-5339
    Fax: (415) 956-6457
13  asilberman@rjo.com

14  Attorneys for Plaintiff (limited capacity)

15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                SAN FRANCISCO DIVISION

19
    YOLANDA G. BYRD,                    )   Case No. C 11-04230 RS
20                                      )
            Plaintiff,                  )   STIPULATION AND [PROPOSED]
21                                      )   ORDER CONTINUING FURTHER
        v.                              )   SETTLEMENT CONFERENCE
22                                      )
    PATRICK DONAHOE,                    )
23  POSTMASTER GENERAL,                 )
    UNITED STATES POSTAL SERVICE,       )
24                                      )
            Defendant.                  )
25  _____)

26

27

28

    STIPULATION AND [PROPOSED] ORDER
    Case No. 11-CV-04230 RS

1    Plaintiff Yolanda Byrd and Defendant Patrick Donahoe, Postmaster General for the

2  United States Postal Service, respectfully submit this Stipulation and [Proposed] Order

3  continuing the further settlement conference currently scheduled in this matter for December 3,

4  2012, until March 1, 2013, at 10:00 a.m.

5                                        *****

6    WHEREAS, a settlement conference was held in this matter on October, 2, 2012, but the

7  parties did not reach an agreement resolving their dispute;

8    WHEREAS, a further settlement conference calendared by the Court was initially

9  scheduled to be held on Friday, December 7, 2012;

10    WHEREAS, the Court issued a notice on November 16, 2012, rescheduling and

11  advancing the date of the further settlement conference to Monday, December 3, 2012;

12    WHEREAS, discovery in this litigation remains ongoing, and the parties agree that

13  settlement discussions in this matter are likely to be more productive once further discovery

14  and/or motion practice has occurred;

15    WHEREAS, the parties recently stipulated to extend, and the Court recently issued an

16  order extending, certain case management deadlines, including discovery deadlines, to

17  accommodate the parties intention to conduct additional discovery, see Dkt. No. 45;

18    WHEREAS, the parties have met and conferred and have agreed to continue the further

19  settlement conference in this matter until such further discovery and/or motion practice has

20  occurred,

21    WHEREAS, the parties have notified the Court's courtroom deputy regarding their desire

22  to reschedule the further settlement conference and have already obtained a new date on which

23  such a further settlement conference may be rescheduled, pursuant to the Court's standard Order

24  Setting Scheduling Conference;

25  //

26  //

27  //

28  //

STIPULATION AND [PROPOSED] ORDER
Case No. 11-CV-04230 RS                        1

1    NOW, THEREFORE, it is hereby agreed by Plaintiff and Defendant that the further

2    settlement conference currently scheduled in this matter for Monday, December 3, 2012, shall be

3    postponed until Friday, March 1, 2013, at 10:00 a.m.

4        IT IS SO STIPULATED.

5

6                                          Respectfully submitted,

7    DATED: November 27, 2012              MELINDA HAAG
                                           United States Attorney
8

9                                          /s/ Mark R. Conrad
                                           MARK R. CONRAD
10                                         Assistant United States Attorney

11
     DATED: November 27, 2012              ROGERS JOSEPH O'DONNELL
12                                         Aaron P. Silberman

13

14                                         /s/ Aaron P. Silberman
                                           AARON P. SILBERMAN
15                                         Attorneys for Plaintiff (limited capacity)

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 11-CV-04230 RS              2

1

**[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**

2

Pursuant to the stipulation of the parties, the Court hereby orders that the further

3

settlement conference currently scheduled in this matter for Monday, December 3, 2012, shall be

4

and hereby is continued until Friday, March 1, 2013, at 10:00 a.m.

5

PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7

Dated: _11/27/2012_

HONORABLE MARIA ELENA-JAMES
Chief Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 11-CV-04230 RS                     3