# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA BYRD, | Case No. 11-cv-04230 RS (NC) |
| Plaintiff, | **ORDER RE: DISCOVERY DISPUTE** |
| v. | |
| PATRICK DONAHOE, Postmaster General United States Postal Service, | Re: Dkt. No. 56 |
| Defendant. | |

The Court will consider the discovery issues raised by joint letter brief, Dkt. No. 56, at a hearing in Courtroom A on February 27, 2013, 1:00 p.m. At the hearing, the parties should be prepared to address the following issues:

(1) How will plaintiff be prejudiced if the Court denies a further deposition of Robert Felix? What questions would plaintiff ask Felix in a later deposition? Why wasn't plaintiff able to ask these questions during the first deposition?

(2) Defendant's counsel contends that plaintiff arrived thirty minutes late for the January 18 deposition; is this correct? What explanation does plaintiff have for this late start?

(3) What is the relevance of late trip reports for any period after July 1, 2010? For the plaintiff, how does she hope to use these reports? Explain how recent reports are

1  "crucial" to plaintiff's case.

2      IT IS SO ORDERED.

3  Date: February 20, 2013

                                               _____
                                               NATHANAEL M. COUSINS
                                               United States Magistrate Judge

Case No. 11-cv-04230 RS (NC)
ORDER RE
DISCOVERY DISPUTE