1

2

3

4

5

6           **UNITED STATES DISTRICT COURT**

7           **NORTHERN DISTRICT OF CALIFORNIA**

8           **SAN FRANCISCO DIVISION**

9

10   YOLANDA BYRD,                          Case No. 11-cv-04230 RS (NC)

11      Plaintiff,                          **ORDER RE: DISCOVERY
                                            DISPUTE**
12         v.

13   PATRICK DONAHOE, Postmaster General    Re: Dkt. No. 56
     United States Postal Service,
14
15      Defendant.

16

17

18        The Court will consider the discovery issues raised by joint letter brief, Dkt. No.

19   56, at a hearing in Courtroom A on February 27, 2013, 1:00 p.m.  At the hearing, the

20   parties should be prepared to address the following issues:

21        (1) How will plaintiff be prejudiced if the Court denies a further deposition of

22   Robert Felix?  What questions would plaintiff ask Felix in a later deposition? Why

23   wasn't plaintiff able to ask these questions during the first deposition?

24        (2) Defendant's counsel contends that plaintiff arrived thirty minutes late for the

25   January 18 deposition; is this correct? What explanation does plaintiff have for this late

26   start?

27        (3) What is the relevance of late trip reports for any period after July 1, 2010?

28   For the plaintiff, how does she hope to use these reports? Explain how recent reports are

Case No. 11-cv-04230 RS (NC)
ORDER RE
DISCOVERY DISPUTE

1    "crucial" to plaintiff's case.

2         IT IS SO ORDERED.

3    Date: February 20, 2013

4    _____

     NATHANAEL M. COUSINS
5    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-04230 RS (NC)
ORDER RE
DISCOVERY DISPUTE